THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Tel:  (415) 543-4800
Fax:  (415) 972-6301
tclarke@rmkb.com
tdolan@rmkb.com

Roger W. Simpson, Esq.
Cotkin and Collins
300 S. Grand Avenue, 24th Floor
Los Angeles, CA
Tel:  213 688 9350
Fax:  213 688 9351
rogersimpson@cotkincollins.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF POMONA,<br><br>         Plaintiff,<br><br>    v.<br><br>CONTINENTAL INSURANCE COMPANY, et al.,<br><br>         Defendants. | CASE NO.  CV-07-07703 ODW<br><br>**DECLARATION OF TIMOTHY A. DOLAN** |

I, Timothy A. Dolan , declare as follows.

I am an attorney licensed to practice law before the state and federal courts of the State of California and am employed by the law firm of Ropers, Majeski, Kohn & Bentley, counsel for the specially appearing moving parties on whose behalf I make this declaration. If called as a witness, I could competently testify to the matters set forth herein of my own personal knowledge, except as to those matters

that are stated on information and belief, and as to those matters, I believe them to true.

1. On or about November 3, 2008, Pacific Indemnity Company served document and deposition subpoenas on, among others, the specially appearing moving parties.

2. Upon receipt of its subpoena, RMKB retrieved approximately 40 banker's boxes of material from its off-site storage facility and from its on-site file room. Thereafter, RMKB began reviewing these materials for privileged and/or confidential documents. This initial review focused on the pleadings and discovery file.

3. Counsel for the moving parties and counsel for Pacific Indemnity negotiated an agreed upon deposition schedule for Thomas H. Clarke ("Clarke"), SCS Engineers ("SCS") and Dr. Lorne Everett ("Everett"). This schedule was based on witness availability and provided for adequate preparation time.

4. Shortly thereafter, Pacific Indemnity settled out of this action and all work relating to its subpoenas ceased and all depositions were taken off calendar.

5. On or about November 26, 2008, defendant Stonebridge Life Insurance Company ("Stonebridge") issued a second set of subpoenas on the specially appearing moving parties. These subpoenas sought the same information as did the Pacific Indemnity subpoenas, except with respect to the subpoena to SCS, which was broader in scope.

6. RMKB agreed to produce documents responsive to Stonebridge's subpoena, and counsel for the two parties agreed that the production would be on a rolling basis. The first stage was to be production of RMKB's pleading and discovery file (because these documents could easily and quickly reviewed for privileged materials), the second stage was to be all materials not consisting of correspondence and the third was to be correspondence.

7. The specially moving parties negotiated and agreed upon a schedule

RC1/5229885.1/TAD
- 2 -
DECLARATION OF TIMOTHY A. DOLAN

1 for their depositions. This schedule was based on witness availability and provided
2 for adequate preparation time. However, Everett informed Stonebridge that he was
3 unavailable until the first week in January.

       8. RMKB produced its pleadings and discovery file to Stonebridge. Shortly thereafter, and before RMKB began its review of materials to be produced during the second stage of production, Stonebridge settled out of this action. All work relating to the subpoenas ceased, including review of RMKB's file and prior to any preparation for depositions took place.

       9. On or about December 9, 2008, Zurich American Insurance Co. served a third set of subpoenas on the specially appearing moving parties. True and correct copies of the subpoenas to RMKB, Clarke, Everett and SCS are attached hereto as Exhibits A, B, C and D, respectively.

       10. Everett has informed RMKB that no witness fees were tendered with the subpoena he was served with. A true and correct copy of an e-mail from his office so stating is attached hereto as Exhibit E.

       11. Upon receiving notice of the subpoenas to Everett and SCS, RMKB inquired as to their availability. Everett informed RMKB that he is being deposed in San Diego on the date Zurich has commanded his presence in Los Angeles. The person most knowledgeable at SCS, Ken Lister, is the lead geologist on a remediation project being conducted at the Port of Long Beach. In connection with this work, he has client meetings and meetings with environmental regulators scheduled throughout the week beginning December 15 and is unavailable on December 18.

/ / /
/ / /
/ / /
/ / /
/ / /

RC1/5229885.1/TAD        - 3 -

DECLARATION OF TIMOTHY A. DOLAN

12. Clarke has pre-paid business and vacation travel plans which will take him to the east coast and is unavailable on December 22.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 15, 2008

*/s/ Timothy A. Dolan*
Timothy A. Dolan

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5229885.1/TAD

- 4 -

DECLARATION OF TIMOTHY A. DOLAN